# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2018

154716

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                 SC: 154716
                                 COA: 333566
                                 Wayne CC: 11-005203-FC

KEVIN LAMAR HILL,
       Defendant-Appellant.

_____/

       By order of January 3, 2018, this case was remanded to the Wayne Circuit Court and costs were imposed on attorney Suzanna Kostovski in the amount of $500. On the Court's own motion, we VACATE that part of the order imposing costs on attorney Kostovski.



p0717

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2018



Clerk